Prob 35
(1/92)

ORIGINAL

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 10 2006

at 10 o'clock and 05 min. A M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

LAWRENCE BRENT MEACHAM

Criminal No. CR 02-00486SOM-01

On 5/17/2004, the above-named was placed on probation for a period of two (2) years. He has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that he be discharged from probation at this time, having served 20 months of supervision.

Respectfully submitted,

_J. MARTIN ROMUALDEZ_
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 8th day of February, 2006.

_SUSAN OKI MOLLWAY_
U.S. District Judge